IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRACY A. HINDS,               CASE NO. : 6:07-CV-1081-ORL-28-UAM

        Plaintiff,

v.

CREDIGY RECEIVABLES, INC.;
CREDIGY SERVICES CORP;
ROBERT J. OROVITZ, P.A.; ROBERT J. OROVITZ;
JASON DRAGUTSKY; and ERIK KARDATZKE,

        Defendants.
_____/

## DEFENDANTS, ROBERT J. OROVITZ, P.A., ROBERT J. OROVITZ, JASON DRAGUTSKY and ERIK KARDATZKE'S MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES AGAINST PLAINTIFF, TRACY A. HINDS PURSUANT TO FED. R. CIV. P. RULE 11

COMES NOW, the Defendants, Robert J. Orovitz, P.A., Robert J. Orovitz, Jason Dragutsky and Erik Kardatzke (hereinafter collective referred to as "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 11 and Local Rule 4.18, and file this their Motion for Attorney's Fees against Plaintiff, Tracy A. Hinds and in support thereof states as follows:

    1.    Defendants have contemporaneously filed a Motion for Entitlement to

Attorney's Fees Against Plaintiff, Tracy A. Hinds Pursuant to 15 U.S.C. § 1692k(a)(3) and/or Against Vollrath-Condon, P.a. and Timothy Condon, Esquire pursuant to 28 U.S.C. §1927 based upon the fact the complaint filed by Plaintiff's counsel on behalf his client, Tracy A. Hinds, should be deemed and considered frivolous, unreasonable, vexatious, and brought in bad faith and solely for the purpose of harassment.

2. In this matter, the Plaintiff filed her Motion for Summary Judgment on April 8, 2008 and the Court issued its Order which dismissed Plaintiff's claim on April 29, 2009, therefore the procedural posture of the case did not lend itself to serving and filing a Rule 11 motion.

3. Defendants would now ask that the Court that pursuant to Fed.R.Civ.P. 11(c)(3), issue an Order to Show Cause to Plaintiff and consider awarding sanctions on its own initiative based upon the actions by Plaintiff and Plaintiff's counsel outlined by the Defendants in their Motion for Entitlement to Attorney's Fees Against Plaintiff, Tracy A. Hinds Pursuant to 15 U.S.C. § 1692k(a)(3) and/or Against Vollrath-Condon, P.A. and Timothy Condon, Esquire pursuant to 28 U.S.C. §1927.

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' ATTORNEY FEE AWARD PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Fed.R.Civ.P. 11(c)(3) states: "[o]n its own, the court may order an attorney, law firm, or party to show cause why conduct specifically described in the order has not

violated Rule 11(b)."

Defendants assert it is entitled to attorney's fees and costs as sanctions, based upon the actions of Plaintiff and Plaintiff's counsel in this matter as outlined in their Motion for Entitlement to Attorney's Fees Against Plaintiff, Tracy A. Hinds Pursuant to 15 U.S.C. §1692k(a)(3) and/or Against Vollrath-Condon, P.a. and Timothy Condon, Esquire pursuant to 28 U.S.C. §1927.

## COMPLIANCE WITH LOCAL RULE 3.01(g)

Defendant's counsel, in accordance with Local Rule 3.01 (g) contact Plaintiff's counsel via telephone in an effort to resolve this matter without the need for Court intervention. Plaintiff objects to this motion being filed with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 30, 2008**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to **Frederick W. Vollrath, Esquire and Tim Condon, Esquire.** I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to: Frederick W. Vollrath, Esquire, Vollrath-Condon, P.A., P.O. Box 18942, Tampa, Florida 33679, this 29th day of May, 2008.

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III, Esquire
Florida Bar Number: 0110108
Molly E. Young, Esquire
Florida Bar Number: 0599891
BELL, ROPER & KOHLMYER, P.A.
2707 East Jefferson Street
Orlando, Florida 32803
407-897-5150
407-897-3332 (fax)
E-mail: Skohlmyer@bellroperlaw.com
Attorneys for Defendant