UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRACY A. HINDS,

          Plaintiff,

-vs-                                        Case No. 6:07-cv-1081-Orl-28GJK

CREDIGY RECEIVABLES, INC.,
CREDIGY SERVICES CORP., ROBERT
J. OROVITZ, P.A., ROBERT J.
OROVITZ, ERIK KARDATZKE,

          Defendants.

---

# ORDER

    This case is before the Court on Defendants, Robert J. Orovitz, P.A., Robert J. Orovitz, Jason Dragutsky and Erik Kardatzke's Motion for Entitlement to Attorney's Fees Against Plaintiff, Tracy A. Hinds Pursuant to 15 U.S.C. § 1692(a)(3) and/or Against Vollrath-Condon, P.A. and Timothy Condon, Esquire Pursuant to 28 U.S.C. §1927 (Doc. No. 57) and Defendants, Robert J. Orovitz, P.A., Robert J. Orovitz, Jason Dragutsky and Erik Kardatzke's Motion for Entitlement to Attorney's Fees Against Plaintiff, Tracy A. Hinds Pursuant to Fed. R.Civ. P. 11 (Doc. No. 58) (collectively referred to as "Defendants' Motions") filed May 30, 2008. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

    After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the parties (Doc. Nos. 69 and 70), the Court agrees entirely with

the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 18, 2008 (Doc. No. 68) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendants' Motions (Doc. No. 57 and 58) are **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_18\_\_ day of December, 2008.

                              JOHN ANTOON II
                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party